# Court of Appeals
# of the State of Georgia

ATLANTA,  August 22, 2017

*The Court of Appeals hereby passes the following order:*

**A18D0034.  IN THE INTEREST OF D. L. et al., CHILDREN.**

The parents of minor children D. L., Z. S., and M. S. filed this application for discretionary review, seeking to appeal the juvenile court's "Order of Disposition," in which the court found, inter alia, that the children remain dependent.[1]  No discretionary application is required, however, as an order in a dependency proceeding deciding the issue of dependency is directly appealable.  See *In the Interest of E. G. M.*, 341 Ga. App. 33, 34, n. 6 (798 SE2d 639) (2017); *In the Interest of W. P. B.*, 269 Ga. App. 101, 101 (1) (603 SE2d 454) (2004); accord *In the Interest of S. L. B.*, 265 Ga. App. 684, 687 (1) (595 SE2d 370) (2004) (a parent is bound by unappealed deprivation/dependency orders).

Under OCGA § 5-6-35 (j), this Court will grant a timely discretionary application if the lower court's order is subject to direct appeal.  Accordingly, this application is hereby GRANTED.  The parents shall have 10 days from the date of this order to file a notice of appeal with the trial court, if they have not already done

---

[1] The term "dependency" in the new juvenile code – which became effective on January 1, 2014 – generally is analogous to the term "deprivation" under the prior code.  See Ga. L. 2013, p. 294, § 5-1; OCGA § 15-11-2 (22); *In the Interest of J. A. B.*, 336 Ga. App. 367, 368, n. 2 (785 SE2d 43) (2016).

so.  The clerk of the juvenile court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   08/22/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*